**08 CV 00212**

JUDGE COTE

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
BRIESE SCHIFFAHRTS GmbH
& CO. KG MS "HATZUM"
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIESE SCHIFFAHRTS GmbH & CO. KG
MS "HATZUM",

            Plaintiff,    :    08 Civ.

            -against-    :    **FRCP 7.1**

CERTIFIED FIRST RESOURCES
(INTERNATIONAL) PTY LIMITED,

            Defendant.
------------------------------------------------------------X

[RECEIVED JAN 10 2008 U.S.D.C. S.D.N.Y.]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Briese Schiffahrts GmbH KG MS "Hatzum" states it has no publicly held parent corporation and no publicly held company owns 10% or more of its stock.

Dated:  New York, New York
           January 10, 2008

                                      NOURSE & BOWLES, LLP
                                      Attorneys for Plaintiff
                                      BRIESE SCHIFFAHRTS GmbH
                                      & CO. KG 'HATZUM'

                               By:_____
                                      Armand M. Paré, Jr. (AP-8575)
                                      One Exchange Plaza
                                      At 55 Broadway
                                      New York, New York 10006
                                      (212) 952-6200