JUDGE CASTEL

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
BBC CHARTERING & LOGISTIC
 GmbH & CO. KG
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BBC CHARTERING & LOGISTIC GmbH : 
 & CO. KG, :
 : 08 Civ.        (    )
 :
            Plaintiff, :
 : **AFFIDAVIT IN SUPPORT**
     -against- : **OF ORDER APPOINTING**
 : **PERSONS TO SERVE PROCESS**
VINGO RESOURCES PTY LTD, :
 :
            Defendant. :
------------------------------------------------------------X

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF NEW YORK)

ARMAND M. PARÉ, JR., being duly sworn, deposes and says:

1. I am a member of the firm of Nourse & Bowles, LLP attorneys for Plaintiff. It is respectfully requested that the accompanying draft Order appointing Karlene S. Jackson, or any partner, associate or paralegal of Nourse & Bowles, LLP or licensed process server, who are persons over the age of 18 years and not parties to this action, be signed. The appointment is deemed advisable in order to facilitate service because of the shortage of deputy marshals available to make such service expeditiously.

2. In addition, and to avoid the need to repetitively serve the garnishees/banking institutions, Plaintiff respectively seeks leave, as embodied in the accompanying proposed orders, for any Process served on a garnishee to be deemed effective and continuous throughout any given day on which process is served up through the next day, to authorize service by facsimile or email following an initial service of the process by hand, and to deem such facsimile or email service as being accomplished within the district if it is transmitted from within the district.

No previous application has been made for the relief sought.

_____
ARMAND M. PARÉ, JR.

Sworn and subscribed to before
me this 10th day of January, 2008

_Karlene S. Jackson_
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009